rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 32 mins | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE**<br>**MINUTE ORDER** | DEPUTY CLERK<br>Frances Stone for Ivy Garcia | | REPORTER/FTR<br>FTR 10/31/07 10:16:59-10:48:05 | | |
| MAGISTRATE JUDGE<br>Hon. Wayne D. Brazil | DATE<br>10/31/07 | | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00683-DLJ | |

## APPEARANCES

| DEFENDANT<br>ABRAHAM NORTON | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Michael P. Moore | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Steve Corrigan | INTERPRETER | | ☐ FIN. AFFT<br>SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Amy Berthelsen | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☒ I.D. COUNSEL<br>8 MIN | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☒ OTHER 2 MIN<br>SET DLT DATE |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: **FILED** |

### ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

**OCT 3 1 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED<br>ON O/R | ☒ ISSUED<br>APPEARANCE BOND<br>22 MIN. | AMT OF SECURITY<br>$ 1,000,000 | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH    $ | CORPORATE SECURITY ☐<br>To BE | REAL PROPERTY: ☒<br>MOTHER'S PROPERTY |
|---|---|---|

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☒ RELEASED<br>TONIGHT IF<br>PROPERTY<br>POSTED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>11/16/07 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☒ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:00AM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>DLJ | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Deft mother's property to be posted; release contingent on posting of property. Passport to be given to Attorney by 11/1/07 and is to be turned over to the Court by the attorney. Deft to report to Pretrial Svcs 9:00AM on 11/1/07. If release is on a different date than 10/31 then Deft to appear morning after release to PT Svcs at 9:00AM. Time excluded 10/31/07-11/16/07
CC:WDB Stats; IVY; Frances; Pretrial; Financial