# LAW OFFICE OF MICHAEL PATRICK MOORE

1164 Glen Avenue ● Berkeley, CA 94708 ● (510) 832-5673

November 11, 2007

The Honorable Wayne D. Brazil
Judge of the Northern District of California
Courtroom 4, 3rd Floor
Federal Courthouse
1301 Clay Street
Oakland, California

|  |  |
|---|---|
| Re: | Notice of request to withdraw as counsel of record<br>USA v. Norton et al<br>4:07-cr-683 |
| My Client: | Abraham Norton |
| Hearing: | November 13, 2007<br>10 a.m. |

Dear Judge Brazil:

    After reviewing the unsealed indictment referenced above, I identified an irreconcilable conflict in my continued representation of Abraham. I must, perforce, advise this Honored Court and tender the above-referenced request.

    I am guided by the dictates of Rule 44-2(b) as it impacts my situation; as a consequence, I will continue to represent Abraham until the entry of a court order granting leave to withdraw.

    Thanking you in advance for your courtesy and consideration in this matter, I remain,

yours truly,

Michael Patrick Moore
Attorney at Law

cc:   Abraham Norton