1  HAROLD ROSENTHAL, SBN 68380
2  Attorney at Law
3  803 Hearst Avenue
   Berkeley, CA 94710
4  Telephone: (510) 981-1800
   Fax: (510) 981-1821
5
6  Attorney for Defendants
   WINSLOW NORTON AND ABRAHAM NORTON
7
8
9

**FILED**
NOV 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-07-0683 DLJ |
| Plaintiff, | STIPULATION REGARDING POSTING OF SECURITY TO SECURE DEFENDANTS' FUTURE COURT APPEARANCES |
| vs. | |
| WINSLOW NORTON AND ABRAHAM NORTON, | |
| Defendants. | |

TO: THE HONORABLE WAYNE BRAZIL; THE CLERK OF THE ABOVE-ENTITLED COURT, AND HIS DEPUTIES, IN PARTICULAR, THOSE IN THE FINANCE DEPARTMENT OF THE OAKLAND BRANCH OF THIS COURT:

Defense counsel Harold Rosenthal has represented to the attorneys for the government that the property at 925 Grizzly Peak Boulevard, Berkeley, California, is worth approximately $1.5 million, and that their note on the property is for approximately $400,000. Based upon these representations, the government and the defendants stipulate that it is not necessary to obtain a preliminary title report or an

cc: Copies to parties via ECF, Financial Pretrial, Frances

1 | appraisal, as would otherwise be required.
2 | It is so stipulated.
3 |
4 | Dated:
5 |
6 | _____/S/_____
7 | STEPHEN CORRIGAN
8 |
9 | Assistant United States Attorney
11 |
11 | It is so stipulated.
12 |
13 | Dated:
14 |
15 | _____/S/_____
16 | HAROLD ROSENTHAL
17 | Attorney for Defendants.
18 |
19 | For good cause shown the Court will excuse defendants from the usual obligation
20 | of a pretrial detainee seeking release, that is, providing an appraisal and a preliminary
21 | title report.. It is so ORDERED>
22 | Dated: 11/13/07
23 | THE HONORABLE WAYNE D. BRAZIL
24 |
25 | Magistrate Judge, U.S. District Court