# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Criminal Pretrial Minute Order
## JUDGE D. LOWELL JENSEN
### Date:  11/16/07

**Clerk: Frances Stone**
**Court Reporter: STARR WILSON**

**Plaintiff:**  United States

**v.**                                              **No.**  CR-07-00683-DLJ

**Defendant:**  Winslow Norton [present; out of custody]
                Abraham Norton [present; out of custody]

**Appearances for AUSA:** George Bevan (for Steve Corrigan)

**Appearances for Defendant:** Def Winslow Norton:  Harold Rosenthal

                        Def Abraham Norton:  Michael Moore
                                Ted Cassman (special appearance)
                                Raphael Goldman (special appearance)

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**SETTING/STAT**          -        **HELD**

**Notes:**  Michael Moore relieved as counsel for Def Abraham Norton per hearing before Mag. Judge Brazil. Moore will make  appearances until retained counsel for defendant is obtained by defendant.

**Case Continued to:  12/14/07 at 9:00AM        for    Setting/Stat**

**Case Continued to:          for**

**Case Continued to:          for**
**Motions to be filed by:        Opposition Due:**
**Case Continued to                        for Pretrial Conference**
**Case Continued to        for            Trial**

**Excludable Delay: Category: Begins:  11/16/07      Ends:**  12/14/07