UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date: 12/14/07

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

v.                                                                   **No.** CR-07-00683-DLJ

**Defendant:** Winslow Norton [present; out of custody]
Abraham Norton [present; out of custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Def Winslow Norton: Harold Rosenthal

Def Abraham Norton: Special Appearance by Harold Rosenthal

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**           **Ruling:**

Setting/Stat                        -HELD

**Notes:** Def Abraham Norton in process of obtaining new retained counsel and said by next court appearance he will have retained counsel.

**Case Continued to** 1/4/08 AT 9:00AM    for STAT/SETTING

**Case Continued to:**      for
**Case Continued to:**      for
**Motions to be filed by:**    **Opposition Due:**
**Case Continued to**            for Pretrial Conference

**Case Continued to**      for            Trial

**Excludable Delay: Category: Begins:** 12/4/07        **Ends:** 1/4/08

Case 4:07-cr-00683-DLJ    Document 14    Filed 12/14/2007    Page 2 of 2