**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  1/4/08

**Clerk: Frances Stone**
**Court Reporter: Diane Skillman**

**Plaintiff:**  United States

**v.**                                                                                    **No.** CR-07-00683-DLJ

**Defendant:**  Winslow Norton [ present; out of custody]
Abraham Norton [present; out of custody]

**Appearances for AUSA:**  Steve Corrigan


**Appearances for Defendant:**  Harold Rosenthal for **Def Winslow** Norton
                               Susan B. Jordan for **Def Abraham** Norton


**Interpreter:** <u>not needed</u>

**Probation Officer:**


| **Reason for Hearing:** | **Ruling:** |
|---|---|
| Setting/Stat | -HELD |


**Notes:**  Attorney Susan B. Jordan is now retained counsel for Def Abraham Norton.

**Case Continued to**   2/8/08 AT 9:00AM    for  Status

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                          for Pretrial Conference

**Case Continued to**         for              Trial


**Excludable Delay: Category: Begins:  1/4/08**         **Ends:**  2/8/08