UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  2/8/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                                          **No.** CR-07-00683-DLJ

**Defendant:**  Winslow Norton [present, not in custody]
                       Abraham Norton [present, not in custody]

**Appearances for AUSA:** Steve Corrigan


**Appearances for Defendant:** Def Winslow Norton- As of 2/8/08 it is Susan Jordan
                                             Def Abraham Norton- As of 2/8/08 it is Harold Rosenthal

**Interpreter:**

**Probation Officer:**


| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |


 **Notes:** Defendants and counsel informed the Court that Attorney for Def Winslow Norton is Susan Jordan and Attorney for Def Abraham Norton is Harold Rosenthal. Clerk requested counsel to file a notice stating attorney of record for each defendant so that the record is clear in the court file.

**Case Continued to**   4/18/08 at 11:00AM    **for**  Defendants' Motions

**Motions to be filed by:** <u>Def file by 3/14/08</u>       **Opposition Due:** <u>Gov respond 4/4; Reply 4/11</u>

**Case Continued to**                             for Pretrial Conference

**Case Continued to**            for              Trial


**Excludable Delay: Category: Begins:**   2/8/08          **Ends:** 4/18/08