HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendant
ABRAHAM NORTON

**THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT**

**OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  vs.<br><br>WINSLOW NORTON and ABRAHAM NORTON,<br><br>        Defendants. | Case No.: CR 07-0683 DLJ<br><br>STIPULATION AND ORDER |

TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT

    It is hereby stipulated by and between the parties that good cause exists to continue the date currently set for defendants' pretrial motions, April 18, 2008, due to the fact that discovery in this matter has not yet been completed and additional materials will be forthcoming. Because additional time will be required to review these materials the parties stipulate that good cause exists for this matter to be continued until May 23, 2008 at 9:00 a.m. to set pretrial motions.

    The parties further stipulate that all time between April 18, 2008 and May 23,

STIPULATION AND [PROPOSED] ORDER        1

2008 is excludable pursuant to 18 USC § 3161(h)(8)(A), and the parties further stipulate that it is appropriate that this Court find, after considering that the failure to grant such a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is so stipulated.

Dated: April 17, 2008

_____/s/_____
STEPHEN CORRIGAN

Attorney for the United States

Dated: April 17, 2008

_____/s/_____
SUSAN B. JORDAN

Attorney for Defendant Winslow Norton

Dated: April 17, 2008    _____/s/_____
HAROLD ROSENTHAL

Attorney for Defendant Abraham Norton

It is so ORDERED, and the Court makes the findings detailed above.

Dated: April 17, 2008

_____
JUDGE OF THE U.S. DISTRICT COURT