UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**                                                              **No.** CR-07-00683-DLJ

**Defendant:** Winslow Norton [present; not in custody]
Abraham Norton [present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Def Winslow Norton: Susan Jordan
Def Abraham Norton: Harold Rosenthal

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                              - HELD
Setting Motions- Not Held

**Notes:**

**Case Continued to**    6/20/08 at 9:00AM    for    Status/ Setting Motions

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**    **Opposition Due:**
**Case Continued to**                for Pretrial Conference

**Case Continued to**        for        Trial

**Excludable Delay: Category: Begins:** 5/23/08    **Ends:** 6/20/08