HAROLD ROSENTHAL, SBN 68380
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Defendants
WINSLOW NORTON AND ABRAHAM NORTON

FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM NORTON AND WINSLOW NORTON,<br><br>Defendants. | Case No.: No. 07-0683 DLJ<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANTS' TERMS AND CONDITIONS OF RELEASE |

TO: THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT, AND TO JOSEPH P. RUSSONIELLO, UNITED STATES ATTORNEY, AND STEPHEN CORRIGAN, ASSISTANT UNITED STATES ATTORNEY:

The parties hereby stipulate by and between themselves that good cause exists to modify the terms and conditions of release set for defendants Winslow Norton and Abraham Norton so as to allow them to travel in the Eastern District of California as well as in the Northern District of California. Good cause exists for this modification insofar as the defendants are opening a clothing store in Vallejo, California, a city located in the Eastern District of California.

STIPULATION AND [PROPOSED] ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE

cc: WDB's Stats, Pretrial, Financial, Copy to parties via ECF Frances

It is so stipulated.

Dated: June 18, 2008

> /s/
> _____
> STEPHEN CORRIGAN
>
> Attorney for the United States

Dated: June 18, 2008

> /s/
> _____
> HAROLD ROSENTHAL
>
> Attorney for WINSLOW NORTON

Good cause appearing therefore, it is hereby ORDERED that the terms and conditions of release of the defendants in this matter be modified in the manner described above.

6-19-08

_____
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER
MODIFYING TERMS AND CONDITIONS OF
RELEASE