**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date: 6/20/08**

**Clerk: Frances Stone**
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:**  United States

**v.**                                                              **No.** CR-07-00683-DLJ

**Defendant:** Winslow Norton [present; not in custody]
              Abraham Norton [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant:** Def Winslow Norton: Susan Jordan
                              Def Abraham Norton : Susan Jordan for  Harold Rosenthal

**Interpreter:**
**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**SETTING/STAT**                      **-HELD**

**Notes:**

**Case Continued to  8/8/08 AT 9:00AM  for  STATUS/SETTING**

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                        **for Pretrial Conference**

**Case Continued to**          **for**              **Trial**

**Excludable Delay: Category: Begins:**      6/20/08      **Ends: 8/8/08**