**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**Criminal Pretrial Minute Order**</u>
**JUDGE D. LOWELL JENSEN**
**Date:  August 8, 2008**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                          **No.** CR-07-00683-DLJ

**Defendant:** Winslow Norton [present; not in custody]
              Abraham Norton [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant:**  Def Winslow Norton: Harold Rosenthal for Susan Jordan
                        Def Abraham Norton: Harold Rosenthal

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**                **Ruling:**
**SETTING/STAT**                      **-HELD**

**Notes:**

**Case Continued to    9/19/08 AT 9:00AM    for STATUS**

**Case Continued to:**          **for**
**Case Continued to:**          **for**
**Motions to be filed by:**        **Opposition Due:**

**Case Continued to**                      **for Pretrial Conference**

**Case Continued to**          **for**              **Trial**

**Excludable Delay: Category: Begins:  8/8/08        Ends: 9/19/08**